IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:24-CV-00127-BO-BM

| | | |
|---|---|---|
| XIULI SHAO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) | ORDER |
| | ) | |
| Defendants | ) | |
| | ) | |

UPON CONSIDERATION OF the Defendants' Motion for Stay and Extension of Responsive Pleading Deadline for 120 days, up to and including August 27, 2024, and the entire record,

IT IS HEREBY ORDERED on this __1__ day of __May__ 2024, that the Defendants' Motion is GRANTED;

IT IS FURTHER ORDERED that Defendants shall have up to and including August 27, 2024 in which to file a joint status report.

SO ORDERED.

_____
TERRENCE W. BOYLE
United States District Judge